IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-880 T
(JUDGE BASKIR)

FREDERICK SCHAFFER,

Plaintiff,

v.

THE UNITED STATES,

Defendant

JOINT NOTICE OF INDIRECTLY RELATED CASES;
JOINT MOTION TO TRANSFER TO A COMMON JUDGE
AND ADOPT A COORDINATED DISCOVERY SCHEDULE;
AND JOINT SUGGESTION FOR CONSOLIDATION

The parties hereby notify the Court that the instant action is one of eight indirectly related cases currently pending in the United States Court of Federal Claims. The eight cases are as follows: (1) *Frederick Schaffer v. United States,* No. 06-880 T; (2) *Queenie Schaffer v. United States*, No. 06-881 T; (3) *I. Robin Schaffer v. United States*, No. 06-882 T; (4) *Barbara Schaffer v. United States*, No. 06-883 T; (5) *S. Andrew Schaffer v. United States*, No. 06-884 T; (6) *Peter R. Schaffer v. United States*, No. 06-885 T; (7) *Eve-Marie Schaffer v. United States*, No. 06-886 T; and (8) *Karen Schaffer v. United States,* No. 06-887 T. All but three of the cases (*Frederick Schaffer v. United States*; *S. Andrew Schaffer v. United States*; and *Karen Schaffer v. United States*) have been assigned to Judge Margaret M. Sweeney. The parties respectfully request that all eight cases be transferred to a common judge and that the Court adopt a coordinated discovery schedule for all eight cases. The parties further suggest that the Court

consolidate the cases for trial.

In support of this notice and motion, the parties state as follows:

Each of the cases is a tax refund suit in which the plaintiff alleges an overpayment of federal gift tax. Each of the plaintiffs alleges an overpayment for the years 1995 and 1997. Six of the plaintiffs (Frederick Schaffer, Queenie Schaffer, I. Robin Schaffer, Barbara Schaffer, S. Andrew Schaffer, and Karen Schaffer) allege an additional overpayment for the year 1996. All of the alleged overpayments arise from gifts of shares of stock of Case Paper Company, Inc., and the plaintiffs' central contention is that the value of the shares that was used to compute the plaintiffs' gift tax liability was overstated. The cases therefore present, and their resolution will turn on, a common issue of fact: the value of the shares of stock of Case Paper Company, Inc., during the years 1995 through 1997. *See* I.R.C. § 2512(a) (providing that, for purposes of computing gift tax liability, "[i]f the gift is made in property, the value thereof at the date of the gift shall be considered the amount of the gift").

Because the cases share that central issue of fact, transfer of the cases to a common judge and the adoption of a coordinated discovery schedule would promote the efficient administration of justice. Such action would enable the parties to prepare the cases for trial, or determine that they are susceptible of settlement, in an orderly manner while avoiding the unnecessary duplication of efforts and costs. Transfer and coordination would also conserve the Court's resources by requiring only one judge to oversee the pretrial process and to become familiar with the issues involved if the cases go to trial.

Consolidation of the cases for trial of the central issue of the value of the shares of Case Paper Company, Inc., would also be appropriate to avoid the risk of inconsistent determinations

if more than one trial were held on the issue. The trial of that issue likely will involve the testimony of one or more expert witnesses. A consolidated trial would therefore conserve not only the standard costs of litigation, but also the expenses associated with expert testimony.

WHEREFORE, the parties respectfully request that the Court grant their motion to transfer and adopt a coordinated discovery schedule and suggest that the Court consolidate the cases for trial.

Respectfully submitted,

s/ Bernard S. Mark
BERNARD S. MARK
Kestenbaum & Mark
40 Cutter Mill Rd.
Great Neck, New York 11021
Tel: (516) 466-0410

*Attorney for Plaintiff*

s/ Karen Servidea
KAREN SERVIDEA
Attorney of Record
U.S. Justice Dept., Tax Division
Court of Federal Claims Section
P.O. Box 26, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 616-3423
FAX: (202) 514-9440

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
G. ROBSON STEWART
Reviewer, Court of Federal Claims Section

s/ G. Robson Stewart
Of Counsel

February 16, 2007

*Attorneys for Defendant*