# In the United States Court of Federal Claims

Case No. 06-880T
(Filed: February 21, 2007)

```
****************************************************
FREDERICK SCHAFFER,                                *
                    Plaintiff,                     *
                                                   *
      v.                                           *
                                                   *
THE UNITED STATES OF AMERICA,                      *
                    Defendant.                     *
                                                   *
****************************************************
```

**ORDER**

Defendant's unopposed Motion for a 60-day Enlargement of Time, until April 27, 2007, to respond to Plaintiff's Complaint is hereby GRANTED.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge