# In the United States Court of Federal Claims

Case No. 06-880T
(Filed: July 11, 2007)

*****************************************************
FREDERICK SCHAFFER, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER OF TRANSFER

The parties' Joint Notice of Indirectly Related Cases; Joint Motion to Transfer to a Common Judge and Adopt a Coordinated Discovery Schedule; and Joint Suggestion for Consolidation filed February 16, 2007, informs the Court that the above-captioned case is one of eight indirectly related cases currently pending before the U.S. Court of Federal Claims. All of the cases except this case have been assigned to Judge Margaret M. Sweeney.

With Judge Sweeney's concurrence and pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, which permits the assigned Judge to transfer a case if necessary for the efficient administration of justice, the Clerk of the Court is directed to reassign the above-captioned case to Judge Margaret M. Sweeney.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge