# In the United States Court of Federal Claims

No. 06-880 T
(Filed: July 24, 2007)

```
***********************************
FREDERICK SCHAFFER,               *
                                  *
                  Plaintiff,      *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
                  Defendant.      *
***********************************
```

**ORDER**

On July 11, 2007, Judge Lawrence M. Baskir transferred the above-captioned case to the undersigned. The parties, in a Joint Suggestion for Consolidation filed on February 16, 2007, and the Joint Preliminary Status Report filed on June 18, 2007, requested that this case be consolidated with seven other related cases (Nos. 06-881, 06-882, 06-883, 06-884, 06-885, 06-886, and 06-887). The parties' request is **GRANTED**. Accordingly, the clerk is directed to consolidate this case with Barbara Schaffer, No. 06-883, the lead case.

All future filings shall be made in case number 06-883, and shall bear the following caption:

```
***********************************
BARBARA SCHAFFER et al.,          *
                                  *
                  Plaintiffs,     *    Nos. 06-880T, 06-881T, 06-882T, 06-883T,
                                  *    06-884T, 06-885T, 06-886T, and 06-887T
 v.                               *    Judge Sweeney
                                  *
THE UNITED STATES,                *
                                  *
                  Defendant.      *
***********************************
```

This order shall not affect the discovery schedule outlined in the court's July 11, 2007 order in the consolidated cases.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge